# United States District Court
# For The Western District of North Carolina
# Statesville Division

DARRELL LEE YOUNG,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                                  5:08CV87-MU-2

LARRY DAIL,
Supt. Of the Craven Correctional Inst.

    Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/11/08 Order.

                                                  Signed: August 11, 2008

                                                  Frank G. Johns, Clerk
                                                  United States District Court